# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2015

Robert P. Young, Jr.,
Chief Justice

150997(22)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LINDA KAY STERMER,
      Defendant-Appellant.

_____/

SC: 150997
COA: 323443
Van Buren CC: 09-016654-FC

On order of the Chief Justice, the motion of defendant-appellant to hold the application for leave to appeal in abeyance until April 6, 2015, to allow new counsel to file a supplemental or substitute application is GRANTED. The time period for plaintiff-appellee to file its answer begins running on the date it is served with defendant-appellant's supplemental/substitute application or April 6, 2015, whichever is earlier.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2015

